UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:21-cr-33-MMH-JRK
 18 U.S.C. § 2113(a)
BRETT AMANTE 18 U.S.C. § 924(c)

## INDICTMENT

The Grand Jury charges:

FILED

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA
4/22/2021

### COUNT ONE

On or about February 26, 2021, in the Middle District of Florida, the defendant,

BRETT AMANTE,

by force, violence, and intimidation, did knowingly take from the person and presence of another, certain property and money, that is, United States currency in the approximate amount of $1,046.00, belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, located at 9580 Regency Square Boulevard, Jacksonville, Florida 32225, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of 18 U.S.C. § 2113(a).

## COUNT TWO

On or about February 26, 2021, in the Middle District of Florida, the defendant,

## BRETT AMANTE,

did knowingly use, carry, and brandish a firearm during and in relation to a violation of 18 U.S.C. § 2113(a), as alleged in Count One of this Indictment, being incorporated by reference, a crime of violence for which the defendant may be prosecuted in a Court of the United States.

In violation of 18 U.S.C. § 924(c)(1)(A).

## FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are incorporated by reference for the purpose of alleging forfeiture, pursuant to provisions of 18 U.S.C. §§ 981(a)(1)(C), 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 2113, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense and, pursuant to 18 U.S.C. § 924 and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. Upon conviction of any violation of 18 U.S.C. § 924(c), the defendant shall forfeit, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

4. The property to be forfeited includes, but is not limited to, a Glock 9mm caliber semi-automatic pistol, a Smith & Wesson 9mm caliber semi-automatic pistol, a Palmetto State Armory 5.56mm caliber semi-automatic pistol, 95 rounds of 9mm caliber ammunition, and 159 rounds of 5.56mm caliber ammunition.

5. If the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

*Douglas Riegert-Johnson*
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____
David B. Mesrobian
Assistant United States Attorney

By: _____
Frank Talbot
Assistant United States Attorney
Chief, Jacksonville Division

4

FORM OBD-34
4/14/21 Revised

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

BRETT AMANTE

## INDICTMENT

Violations:  Ct. 1:   18 U.S.C. § 2113(a)
             Ct. 2:   18 U.S.C. § 924(c)

A true bill,

_____
Douglas Riegert-Johnson
Foreperson

Filed in open court this 22nd day

of April, 2021.

_____
Inau S. Puratti
Clerk

Bail $ _____

GPO 863 525